JAMES J. SHEERAN v. MAJOR SERVICES, INC.

September 4, 1980.

Leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division for consideration of the appeal on its merits.   Jurisdiction is not retained.

HOWARD S. LEVIN v. KUHN LOEB & CO.

September 9, 1980.

Petition for certification denied.

IN THE MATTER OF PATERSON POLICE PBA LOCAL NO. 1
v. CITY OF PATERSON.

September 9, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. JAMES SAWYER.

September 16, 1980.

Petition for certification denied.